File Name: 09a0630n.06

NOT RECOMMENDED FOR FULL-TEXT PUBLICATION

No. 09-5132

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

**FILED**
**Sep 03, 2009**
LEONARD GREEN, Clerk

ROXANNE MORAY,

    Plaintiff-Appellant,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant-Appellee.

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE

_____/

Before:    MARTIN, COLE, and KETHLEDGE; Circuit Judges.

    BOYCE F. MARTIN, JR., Circuit Judge.  Roxanne Moray worked for Novartis Pharmaceuticals Corporation as a sales representative. After Novartis terminated her employment, she sued the company alleging retaliation under Tennessee law, negligent or intentional misrepresentation, and outrageous conduct. The district court granted Novartis's motion for summary judgment, finding that Moray did not point to evidence sufficient to permit a jury to find in her favor on any of her claims.

    After reviewing the record and briefs, we AFFIRM the district court's disposition of the case and adopt its thorough and well-reasoned opinion as our own. *See Moray v. Novartis Pharm. Corp.*, 2009 WL 82471 (M.D. Tenn. Jan. 9, 2009).